UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                      CHAPTER 13 PROCEEDING:
ANTONIO SANCHEZ JR & DORA SANCHEZ                  05-11727-B-13
DEBTORS

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Saturday, Oct 15, 2005.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Trustee has been unable to locate the following creditor at the address listed below.

   FURNITURE FACTORY WAREHOUSE
   PO BOX 922
   MCALLEN, TX  78505

5. As a result, funds owed to the creditor in the amount of $14.62 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Wed, February 23, 2011

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                         CHAPTER 13 PROCEEDING:
ANTONIO SANCHEZ JR & DORA SANCHEZ            05-11727-B-13
DEBTORS

## CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Feb 23, 2011, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*(signature)*

Cindy Boudloche, Chapter 13 Trustee

ANTONIO SANCHEZ JR AND DORA SANCHEZ
345 MILPA VERDE
BROWNSVILLE, , TX  78521

THE STONE LAW FIRM PC (B)
62 E PRICE RD
BROWNSVILLE, TX  78521

FURNITURE FACTORY WAREHOUSE
PO BOX 922
MCALLEN, TX  78505